UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
Southern Division

MARGARET A. ROBISON,

    Plaintiff,

-v-                                        Case No. 2:15-cv-11725-AC-APP
                                             Hon. Avern Cohn

WIXOM GRAND RIVER
ASSOCIATES, L.P.,

    Defendants.
_____/

**STIPULATION AND ORDER FOR DISMISSAL**

In accordance with a stipulation to that effect;

THE PARTIES HAVE STIPULATED that the above entitled cause be and the same hereby is dismissed with prejudice and without costs to any of the parties hereto.

This Stipulation of Dismissal resolves all claims and closes this case.

/s/ Daniel Manville w. consent _____          /s/ Matthew J. Consolo
Daniel Manville (P39731)                      Matthew J. Consolo
Counsel for Plaintiff                              Counsel for Defendant

                            ORDER
    IT IS SO ORDERED.

                      S/Avern Cohn
Dated:  June 12, 2017    Avern Cohn
                            United States District Judge